ACCEPTED
03-14-00716-CV
3771469
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 3:52:39 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00716-CV

**IN THE THIRD COURT OF APPEALS OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/14/2015 3:52:39 PM
JEFFREY D. KYLE
Clerk

**Janos Farkas,**
*Appellant*

**v.**

**Wells Fargo Bank, N.A. and
Brice Vander Linden & Wernick, P.C.**
*Appellees*

APPEAL FROM THE 201st DISTRICT COURT
TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO.  D-1-GN-11-003692

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE APPELLANT'S BRIEF**

William D. Davis
Bar No. 00796444
DAVIS & ASSOCIATES
P.O. Box 1093
Dripping Springs, Texas 78620
(512) 858-9910 (TEL)
(512) 858-2357 (FAX)
bdavis@capital-ip.com

ATTORNEY FOR APPELLANT JANOS FARKAS

# APPELLANT'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant, Janos Farkas, pursuant to TEX. R. APP. P. 10, TEX. R. APP. P. 5, and Third Court of Appeals Local Rules and procedures, respectfully asks the Court to extend the time to file Appellant's Brief. In support, Appellant Farkas shows as follows:

1. This appeal is from an Order entered on October 13, 2014 in Cause No. D-1-GN-11-003692, in the 201st District Court, Travis County, Texas.

2. Appellant perfected this appeal on November 10, 2014, by filing the Notice of Appeal and payment of applicable fees.

3. Appellant's Brief was due January 14, 2015.

4. Appellant is requesting an extension of thirty (30) days, until February 13, 2015, to file his brief.

5. Appellant's counsel, the undersigned, is currently dealing with numerous cases for Appellant Farkas as well as other clients.

6. This is Appellant Farkas' first request for an extension. This request is not for the purpose to delay, but to ensure the client is adequately represented.

7. The undersigned has conferred with Mr. David Foster (counsel for Appellee Wells Fargo Bank, N.A.), who informed him that Appellee Wells Fargo Bank, N.A. is unopposed to this motion.

8. The undersigned has conferred with Mr. Sammy Hooda (counsel for appellee Brice Vander Linden & Wernick, P.C. n/k/a Buckley Madole, P.C.), who informed him that appellee Brice Vander Linden & Wernick, P.C. is unopposed to this motion.

9. Appellant Farkas respectfully requests an extension of thirty (30) days, until February 13, 2015, to file Appellant's Brief.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with David Foster, counsel for appellee Wells Fargo Bank, N.A. on January 14, 2015 and that he indicated that appellee Wells Fargo Bank, N.A. is unopposed to this motion. I certify that I conferred with Sammy Hooda, counsel for appellee Brice Vander Linden & Wernick, P.C. n/k/a Buckley Madole, P.C. on January 14, 2015 and that he indicated that appellee Brice Vander Linden & Wernick, P.C. is unopposed to this motion.

/s/ William D. Davis
William D. Davis

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served by the Court's online filing system and as indicated below on January 14, 2015:

*Attorneys for Defendant Wells Fargo*
B. David L. Foster
LOCKE LORD, LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701

*Attorney for Defendant Brice Vander Linden & Wernick, P.C.*
Luke Madole
BUCKLEY MADOLE, P.C.
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243

/s/ William D. Davis
William D. Davis